IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PORTERFIELD-SCHEID MANAGEMENT COMPANY, LLC, | : : : : : | Chapter 11 Case No. 1:24-bk-01127 |
| Debtor | | |

**LIMITED OBJECTION OF RFM JLM, LLC**
**(HEREINAFTER REFERRED TO AS "RFM") MOTION TO INCUR DEBT**

RFM JLM, LLC (RFM") by and through By and through its counsel, Saxton & Stump hereby files this Limited Objection to the Debtor's Motion to Incur Debt and defers as follows:

1. Debtor filed a voluntary Chapter 11 Petition on May 3, 2024.

2. Debtor owns real estate located at 3223 - 3225 Main Street, Conestoga, Pennsylvania 17510 ("Main Street").

3. At the time of the filing, Main Street was encumbered by mortgages in favor of Community First Fund.

4. Subsequent to the filing, the debt and mortgages of a Community First Fund were assigned to RFM.

5. RFM objects to the Motion of Debtor unless:

    (a) It is to be paid in full;

    (b) In a timely manner but no later than 12/31/24;

    (c) It consents to relief from stay if not paid by 12/31/24.

WHEREFORE, RFM respectfully requests the entry of an Order to incur debt subject to the above conditions.

Respectfully submitted,

SAXTON & STUMP, LLC

Date: November 25, 2024        By: */s/ Barry A. Solodky*
                                             Barry A. Solodky, Esquire
                                             Attorney I.D. No. 19259
                                             280 Granite Run Drive, Suite 300
                                             Lancaster, PA 17601
                                             Phone: (717) 556-1000
                                             Fax: (717) 441-3810
                                             bso@saxtonstump.com

                                  *Attorneys for RFM JLM, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PORTERFIELD-SCHEID MANAGEMENT COMPANY, LLC, | : : : : : | Chapter 11<br><br>Case No. 1:24-bk-01127 |
| Debtor | | |

## CERTIFICATE OF SERVICE

I, Barry A. Solodky, Esquire hereby certify that I caused a true and correct copy of the foregoing LIMITED OBJECTION OF RFM JLM, LLC (hereinafter referred to as "RFM"), to be served via United States Mail, postage prepaid and electronic mail, upon the following counsel of record:

Lawrence V. Young, Esquire
135 North George Street
York, PA 17401

Lisa Rynard, Trustee
Email: Larynard@larynardlaw.com

Daniel Seidman
Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
Email: dseidman@ciardilaw.com

Suzanne P. Conaboy
Email: Suzanne.scanlon@ustoj.gov

Joseph P. Schalk, Esq.
Email: joseph.schalk@usdoj.gov.

Date: November 25, 2024          /s/ Barry A. Solodky
                                  Barry A. Solodky, Esquire