**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
                                                :       CHAPTER 11
PORTERFIELD-SCHEID MANAGEMENT                   :
COMPANY LLC,                                    :
                                                :       CASE NO. 1:24-bk-01127-HWV
                          Debtor.               :

## ORDER

Upon consideration of the Motion for Reconsideration filed by the Debtor, Doc. 84, and

it appearing that the parties have agreed to resolve this matter via Stipulation, Doc. 104, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 16, 2024