IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>PORTERFIELD-SCHEID MANAGEMENT COMPANY, LLC,<br>Debtor in Possession | Chapter 11<br>Case No. 1:24-bk-01127 |

### ORDER PERMITTING SALE OF
### 890 ISABEL DRIVE, LEBANON COUNTY, PENNSYLVANIA

AND NOW, this 8th day of January, 2025, after a hearing involving all parties through respective counsel, it is hereby

**ORDERED** that Porterfield-Scheid Management Company, LLC, Debtor in Possession, shall be permitted to sell the property at 890 Isabel Drive, Lebanon County, to Kevin Bean, or his assigns, for the sum of One Million Six Hundred Seventy-Five Thousand dollars and no cents ($1,675,000.00). It is further

**ORDERED** that the first mortgage held by Integrity First Capital, LLC shall be paid in full at the closing. All other costs related to the sale such as real estate taxes, transfer taxes, etc., shall be paid per the contract between the parties. It is further

**ORDERED** that no other lender shall have a lien upon these proceeds other than Integrity First Capital, LLC. Finally, it is further

**ORDERED** that as of the 15th day of January, 2025, the payoff due and owing to Integrity First Capital, LLC is $1,490,429.33 (the "Debt"). If the closing does not occur by January 15, 2025 per diem interest in the amount of $618.67 will accrue on the Debt. All amounts due and owing on the Debt, including any accrued interest, must be paid in full at the closing.