# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Porterfield−Scheid Management Company LLC<br>**Debtor 1**<br><br>**Debtor(s)**<br><br><br>United States Trustee<br>**Movant(s)**<br><br>vs.<br><br>Porterfield−Scheid Management Company LLC<br>**Respondent(s)** | Chapter: 11<br><br>Case number: 1:24−bk−01127−HWV<br><br>Document Number: 125<br><br>Matter: Motion to Convert Ch. 11 Case to Ch. 7, or in the alternative, Dismiss Ch. 11 Case |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 3, 2024.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 3/25/25**<br><br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **March 19, 2025**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 26, 2025 |

ntsempas(05/18)