UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PORTERFIELD-SCHEID MANAGEMENT CO., LLC. | : | Chapter 11 |
| Debtor(s) | : | Case No. 1:24-BK_01127-HWV |
| v. | : | |
| | : | Chief Judge Henry W. Van Eck |
| PORTERFIELD-SCHEID MANAGEMENT CO., LLC. | : | |
| Plaintiff(s) | : | |
| v. | : | |
| U.S. SMALL BUSINESS ADMINISTRATION, | : | |
| Defendant(s) | : | (ELECTRONICALLY FILED) |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Assistant U.S. Attorney Suzanne P. Conaboy in the above-referenced matter.

                                          Respectfully submitted,

                                          JOHN C. GURGANUS
                                          Acting United States Attorney

Date: February 27, 2025         s/ Suzanne P. Conaboy
                                          SUZANNE P. CONABOY
                                          Assistant United States Attorney
                                          PA 314036
                                          235 N. Washington Street
                                          Scranton, PA 18503
                                          Phone: (570) 348-2800
                                          Suzanne.Scanlon@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PORTERFIELD-SCHEID MANCO., LLC. | : | Chapter 11 |
| Debtor(s) | : | Case No. 1:24-BK_01127-HWV |
| v. | : | |
| | : | Chief Judge Henry W. Van Eck |
| PORTERFIELD-SCHEID MANAGEMENT CO., LLC. | : | |
| Plaintiff(s) | : | |
| v. | : | |
| U.S. SMALL BUSINESS ADMINISTRATION, | : | |
| Defendant(s) | : | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2025, I caused the foregoing Withdrawal of Appearance to be filed via ECF, and the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic filing constitutes service of the filed document and no additional service upon the filing user is required.

s/ Bethany Haase
BETHANY HAASE
Paralegal Specialist