United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01127-HWV |
| Porterfield-Scheid Management Company LL | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: ntsempas | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Porterfield-Scheid Management Company LLC, 890 Isabel Drive, Lebanon, PA 17042-7260 |
| aty | + | Larry Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| r | #+ | The Decain Group, 4671 W County Rd 840 N, Freetown, IN 47235-9799 |
| intp | + | The Pennsylvania Community Development and Finance, c/o Fox and Fox Attorneys at Law, PC, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5615062 | + | COMMUNITY FIRST FUND, P.O. BOX 524, 30 W. ORANGE STREET, LANCASTER, PA 17603-3841 |
| 5643974 | + | City of Lancaster Water/Sewer, 39 W Chestnut Street, Lancaster, PA 17603-3510 |
| 5656403 | + | Community First Fund, 51 South Duke Street, #400, Lancaster, PA 17602-3573 |
| 5623399 | | Craig H. Fox, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5643973 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 5619844 | + | Daniel S. Siedman, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 5615063 | + | INTEGRITY FIRST CAPITAL LLC, PO BOX 106, ROSSVILLE, PA 17358-0106 |
| 5615185 | + | Integrity First Capital, LLC, c/o Albert A Ciardi, III, Esquire, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, Pa 19103-5732 |
| 5615064 | + | JAMES A. PORTERFIELD, 1415 CORNWALL ROAD, LEBANON, PA 17042-7402 |
| 5672603 | + | Jason G. Benion, Esquire, SAXTON & STUMP, LLC, 4250 Crums Mill Road, Suite 201, Harrisburg, PA 17112-2889 |
| 5643972 | + | LCTCB Real Estate Tax Group, 1845 William Penn Way, Lancaster, PA 17601-6713 |
| 5615065 | + | MELANIE B. SCHEID, 157 MARTICVILLE ROAD, LANCASTER, PA 17603-9652 |
| 5615066 | + | PCDFC, 2561 BERNVILLE ROAD, READING, PA 19605-9611 |
| 5658804 | + | RFM JLM, LLC, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 5671636 | + | RFM JLM, LLC, c/o Saxton & Stump, Jason G. Benion, Esquire, 4250 Crums Mill Road, Suite 201, Harrisburg, PA 17112-2889 |
| 5647804 | + | Robert T Williamson, U.S.Small Business Administration, Philadelphia D, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 5644137 | + | Ryann Loftus, Assistant US Attorney, P.O. Box 309, Scranton, PA 18501-0309 |
| 5615059 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5620520 | + | The Pennsylvania Community Development and Finance, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5623398 | + | U.S. Small Business Administration, 660 American Ave # 301, King of Prussia, PA 19406-4032 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5615058 | + | Email/Text: rshearer@cgalaw.com | Feb 26 2025 18:40:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5615061 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5623397 | + | Email/Text: lrsc.legal@sba.gov | Feb 26 2025 18:40:00 | U.S. Small Business Administration, 2120 Riverfront Drive, Little Rock, Arkansas 72202-1794 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5643990 | | Small Business Administration |
| cr | *+ | Community First Fund, P.O. Box 524, 30 W. Orange St., Lancaster, PA 17603-3841 |
| cr | *+ | RFM JLM, LLC, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 5643983 | *+ | City of Lancaster Water/Sewer, 39 W Chestnut Street, Lancaster, PA 17603-3510 |
| 5618363 | *+ | Community First Fund, P.O. Box 524, 30 W. Orange St., Lancaster, PA 17603-3841 |
| 5643982 | *+ | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 5615060 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5619845 | *+ | Integrity First Capital, LLC, PO Box 106, Rossville, PA 17358-0106 |
| 5643981 | *+ | LCTCB Real Estate Tax Group, 1845 William Penn Way, Lancaster, PA 17601-6713 |
| 5615057 | *+ | PORTERFIELD-SCHEID MANAGEMENT COMPANY LLC, 890 ISABEL DRIVE, LEBANON, PA 17042-7260 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Interested Party Integrity First Capital LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Barry A. Solodky | on behalf of Creditor RFM JLM LLC bso@saxtonstump.com, msf@saxtonstump.com |
| Craig H. Fox | on behalf of Interested Party The Pennsylvania Community Development and Finance Corporation Bankruptcy@Foxandfoxlaw.com cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Daniel Siedman | on behalf of Interested Party Integrity First Capital LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Jason Benion | on behalf of Creditor RFM JLM LLC jgb@saxtonstump.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lawrence V. Young | on behalf of Attorney Larry Young lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lawrence V. Young | on behalf of Realtor The Decain Group lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |

| | |
|---|---|
| Lawrence V. Young | on behalf of Debtor 1 Porterfield-Scheid Management Company LLC lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| Matthew G. Brushwood | on behalf of Creditor Community First Fund mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Ryann D. Loftus | on behalf of Creditor SBA ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| Suzanne P. Conaboy | on behalf of Creditor SBA Suzanne.Scanlon@usdoj.gov bethany.a.haase@usdoj.gov;Ryann.Loftus@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Porterfield−Scheid Management Company LLC
**Debtor 1**

**Debtor(s)**

Chapter: 11

Case number: 1:24−bk−01127−HWV

Document Number: 125

Matter: Motion to Convert Ch. 11 Case to Ch. 7, or in the alternative, Dismiss Ch. 11 Case

United States Trustee
**Movant(s)**

vs.

Porterfield−Scheid Management Company LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 3, 2024.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 3/25/25 Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **March 19, 2025**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Seth F. Eisenberg
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Date: February 26, 2025

ntsempas(05/18)