United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01127-HWV

Porterfield-Scheid Management Company LL  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdf010 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Porterfield-Scheid Management Company LLC, 890 Isabel Drive, Lebanon, PA 17042-7260 |
| aty | + | Larry Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| r | #+ | The Decain Group, 4671 W County Rd 840 N, Freetown, IN 47235-9799 |
| intp | + | The Pennsylvania Community Development and Finance, c/o Fox and Fox Attorneys at Law, PC, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5615062 | + | COMMUNITY FIRST FUND, P.O. BOX 524, 30 W. ORANGE STREET, LANCASTER, PA 17603-3841 |
| 5643974 | + | City of Lancaster Water/Sewer, 39 W Chestnut Street, Lancaster, PA 17603-3510 |
| 5656403 | + | Community First Fund, 51 South Duke Street, #400, Lancaster, PA 17602-3573 |
| 5623399 | | Craig H. Fox, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5643973 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 5619844 | + | Daniel S. Siedman, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 5615063 | + | INTEGRITY FIRST CAPITAL LLC, PO BOX 106, ROSSVILLE, PA 17358-0106 |
| 5615185 | + | Integrity First Capital, LLC, c/o Albert A Ciardi, III, Esquire, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, Pa 19103-5732 |
| 5615064 | + | JAMES A. PORTERFIELD, 1415 CORNWALL ROAD, LEBANON, PA 17042-7402 |
| 5672603 | + | Jason G. Benion, Esquire, SAXTON & STUMP, LLC, 4250 Crums Mill Road, Suite 201, Harrisburg, PA 17112-2889 |
| 5643972 | + | LCTCB Real Estate Tax Group, 1845 William Penn Way, Lancaster, PA 17601-6713 |
| 5615065 | + | MELANIE B. SCHEID, 157 MARTICVILLE ROAD, LANCASTER, PA 17603-9652 |
| 5615066 | + | PCDFC, 2561 BERNVILLE ROAD, READING, PA 19605-9611 |
| 5658804 | + | RFM JLM, LLC, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 5671636 | + | RFM JLM, LLC, c/o Saxton & Stump, Jason G. Benion, Esquire, 4250 Crums Mill Road, Suite 201, Harrisburg, PA 17112-2889 |
| 5647804 | + | Robert T Williamson, U.S.Small Business Administration, Philadelphia D, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 5644137 | + | Ryann Loftus, Assistant US Attorney, P.O. Box 309, Scranton, PA 18501-0309 |
| 5615059 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5620520 | + | The Pennsylvania Community Development and Finance, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 5623398 | + | U.S. Small Business Administration, 660 American Ave # 301, King of Prussia, PA 19406-4032 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2025 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5615058 | + | Email/Text: rshearer@cgalaw.com | Mar 25 2025 18:44:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5615061 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2025 18:45:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5623397 | + | Email/Text: lrsc.legal@sba.gov | Mar 25 2025 18:44:00 | U.S. Small Business Administration, 2120 Riverfront Drive, Little Rock, Arkansas 72202-1794 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5643990 | | Small Business Administration |
| cr | *+ | Community First Fund, P.O. Box 524, 30 W. Orange St., Lancaster, PA 17603-3841 |
| cr | *+ | RFM JLM, LLC, c/o Saxton & Stump, LLC, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 5643983 | *+ | City of Lancaster Water/Sewer, 39 W Chestnut Street, Lancaster, PA 17603-3510 |
| 5618363 | *+ | Community First Fund, P.O. Box 524, 30 W. Orange St., Lancaster, PA 17603-3841 |
| 5643982 | *+ | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 5615060 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5619845 | *+ | Integrity First Capital, LLC, PO Box 106, Rossville, PA 17358-0106 |
| 5643981 | *+ | LCTCB Real Estate Tax Group, 1845 William Penn Way, Lancaster, PA 17601-6713 |
| 5615057 | *+ | PORTERFIELD-SCHEID MANAGEMENT COMPANY LLC, 890 ISABEL DRIVE, LEBANON, PA 17042-7260 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Interested Party Integrity First Capital  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Barry A. Solodky | on behalf of Creditor RFM JLM  LLC bso@saxtonstump.com, msf@saxtonstump.com |
| Craig H. Fox | on behalf of Interested Party The Pennsylvania Community Development and Finance Corporation Bankruptcy@Foxandfoxlaw.com  cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Daniel Siedman | on behalf of Interested Party Integrity First Capital  LLC dsiedman@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Jason Benion | on behalf of Creditor RFM JLM  LLC jgb@saxtonstump.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov |
| Lawrence V. Young | on behalf of Attorney Larry Young lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lawrence V. Young | on behalf of Realtor The Decain Group lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |

| | |
|---|---|
| Lawrence V. Young | on behalf of Debtor 1 Porterfield-Scheid Management Company LLC lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| Matthew G. Brushwood | on behalf of Creditor Community First Fund mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Ryann D. Loftus | on behalf of Creditor SBA ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 11
PORTERFIELD-SCHEID :
MANAGEMENT COMPANY, LLC : CASE NO. 1:24-bk-01127-HWV
:
DEBTOR :

## ORDER

Upon consideration of the United States Trustee's Motion to Convert the Matter to a Proceeding under Chapter 7 or, in the alternative, Dismiss the Instant Case, Doc. 125, and the Answer filed by the Debtor, Doc. 128, and the hearing held on March 25, 2025, for the reasons stated on the record, it is

**ORDERED** that:

1. The Motion is **GRANTED** and the instant case is **DISMISSED**, effective March 31, 2025, with a voluntarily agreed-upon 180-day bar against refiling.

2. The instant case shall remain administratively open for the limited purpose of allowing the Court to conduct and conclude the hearings on April 15, 2025 related to the fee applications of Debtor's Counsel and the Subchapter V Trustee.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 25, 2025